IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LATASHA LEE DAWSON                                                                PLAINTIFF

v.                              CASE NO. 3:24-CV-00007-BSM

DOLGENCORP LLC                                                                    DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE